Frank Check et al., Plaintiffs, v. Cassandra Sue White et al., Defendants.
Warren White, Appellant, v. Frank Check et al., Appellees.

Gen. No. 9,660.

Mark O. Roberts, for appellant; Pree & Pree and Robert F. Scott, for appellees. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full. Opinion filed March 3, 1950; rehearing denied April 17, 1950; released for publication April 17, 1950.